IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

EQT PRODUCTION COMPANY,
A Pennsylvania corporation,

                    Plaintiffs,

v.                                                              Civil Action No. 2:09-0289

RONNIE ANDERSON, a West Virginia resident, et al.

                    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AMENDED
COMPLAINT AGAINST DENNIS DEFILIPPO, DEBRA DEFILIPPO, DENNIS
HAGY, TAMERA HAGY, KEMP LANDIS AND EURADA LANDIS**

On a prior day came Plaintiff, EQT Production Company, by and through

counsel, David K. Hendrickson and Stephen E. Hastings of Eckert Seamans Cherin &

Mellott, PLLC, and pursuant to Rule 41 of the Federal Rules of Civil Procedure moved

this Court for an Order dismissing its Amended Complaint against Dennis D̶e̶F̶i̶l̶i̶p̶p̶p̶ DeFilippo,

Debra DeFilippo, Dennis Hagy, Tamera Hagy, Kemp Landis and Eurada Landis, without

prejudice.

The Court, after having considered the motion of the parties and the status of this

matter, does hereby GRANT said motion and does hereby ORDER that Dennis

D̶e̶F̶i̶l̶i̶p̶p̶p̶ DeFilippo, Debra DeFilippo, Dennis Hagy, Tamera Hagy, Kemp Landis and Eurada

Landis be dismissed from this action, without prejudice, and stricken from the style of

this case.

The Clerk is directed to send a copy of this Order to all counsel and parties of record.

IT IS SO ORDERED.

ENTERED ___June 22, 2009___          _____
                                      Hon. John T. Copenhaver, Jr., Judge

**Prepared By:**

___/s/ Stephen E. Hastings        6/18/2009___
**David K. Hendrickson, Esq. (W.Va. Bar No. 1678)**
**Stephen E. Hastings, Esq. (W.Va. Bar No. 9065)**
**Eckert Seamans Cherin & Mellott, PLLC**
**214 Capitol Street**
**P.O. Box 11070**
**Charleston, WV 25339**
**(304) 346-5500**
**(304) 346-5515 (fax)**
**dhendrickson@eckertseamans.com**
**shastings@eckertseamans.com**